Daniel Sadeh, Esq.
**HALPER SADEH LLP**
667 Madison Avenue, 5th Floor
New York, NY 10065
Telephone: (212) 763-0060
Facsimile: (646) 776-2600
Email: sadeh@halpersadeh.com

*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN MULLEN,<br><br>        Plaintiff,<br><br>    v.<br><br>EIDOS THERAPEUTICS, INC., NEIL KUMAR, SUZANNE SAWOCHKA HOOPER, WILLIAM LIS, UMA SINHA, ALI SATVAT, and DOUGLAS "DUKE" ROHLEN,<br><br>        Defendants. | Case No: 1:20-cv-06337-WFK-CLP<br><br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of

Civil Procedure, Plaintiff John Mullen hereby voluntarily dismisses the above-captioned action.

Defendants have not served an answer or a motion for summary judgment.

Dated: March 12, 2021

Respectfully submitted,

**HALPER SADEH LLP**

By: /s/ Daniel Sadeh
Daniel Sadeh, Esq.
667 Madison Avenue, 5th Floor
New York, NY 10065
Telephone: (212) 763-0060
Facsimile: (646) 776-2600
Email: sadeh@halpersadeh.com

*Counsel for Plaintiff*

1

**CERTIFICATE OF SERVICE**

I, Daniel Sadeh, hereby certify that on March 12, 2021, a true and correct copy of the annexed **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** was served in accordance with the Federal Rules of Civil Procedure with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all parties with an email address of record who have appeared and consented to electronic service in this action.

Dated: March 12, 2021                                        /s/ Daniel Sadeh
                                                                        Daniel Sadeh

The Court hereby GRANTS Plaintiff's motion for voluntary dismissal.

Dated: March 12, 2021
        Brooklyn, New York

                                                        **SO ORDERED.**

                                                        s/ WFK
                                                        _____
                                                        HON. WILLIAM F. KUNTZ, II
                                                        U.S. DISTRICT JUDGE

2